**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  LAWRENCE A. STACK & LAURA M. STACK              Case Number: 05-73669
1351 CHADWICK COURT                          SSN-xxx-xx-7746 & xxx-xx-8335
DAVIS, IL  61019

Case filed on:  7/21/2005
Plan Confirmed on: 9/16/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,219.57        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,868.00 | 1,868.00 | 1,868.00 | 0.00 |
|  | Total Priority | 1,868.00 | 1,868.00 | 1,868.00 | 0.00 |
| 999 | LAWRENCE A. STACK | 0.00 | 0.00 | 253.86 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 253.86 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 3,296.68 | 57.08 | 57.08 | 0.00 |
| 002 | WINNEBAGO COUNTY TREASURER | 3,122.00 | 164.67 | 164.67 | 187.32 |
|  | Total Secured | 6,418.68 | 221.75 | 221.75 | 187.32 |
| 004 | AAM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSOCIATED COLLECTORS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT CARD PLUS COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KENNETH M. LUTSCH D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MADISON RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 851.11 | 851.11 | 190.60 | 0.00 |
| 010 | ROBERT G. MICHAELS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | TRACK A CHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TRI-STATE ADJUSTMENT | 267.15 | 267.15 | 59.83 | 0.00 |
| 014 | AFNI/VERIZON | 749.35 | 749.35 | 167.81 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 228.30 | 228.30 | 51.12 | 0.00 |
|  | Total Unsecured | 2,095.91 | 2,095.91 | 469.36 | 0.00 |
|  | Grand Total: | 13,246.59 | 7,049.66 | 5,676.97 | 187.32 |

Total Paid Claimant:     $5,864.29
Trustee Allowance:       $355.28          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    22.39          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan